**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTIE BEE JORDAN, Petitioner, | ) | |
| vs. | ) | Civil Action No. 3:26-cv-596<br>Judge Stephanie L. Haines |
| COMMONWEALTH OF PA, *et al.*, Respondents. | ) | |

**<u>MEMORANDUM ORDER</u>**

Presently before the Court is Petitioner Christie Bee Jordan's ("Ms. Jordan") "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody[.]" (ECF No. 4). This matter was referred to Magistrate Judge Maureen P. Kelly ("Magistrate Judge Kelly") for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On May 1, 2026, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 5) recommending that the Court dismiss Ms. Jordan's Petition for lack of jurisdiction and deny a certificate of appealability. (*Id.* at 1). Specifically, Magistrate Judge Kelly found that there is "nothing in the Petition to indicate that [Ms. Jordan] is in custody. In fact, the public record supports the contrary conclusion. Indeed, at best, it appears [Ms. Jordan] may be seeking relief from the monetary component of a criminal judgment against, her, which does not satisfy the custody requirement." (*Id.* at 5). Therefore, Magistrate Judge Kelly recommended that this Court dismiss the Petition for lack of jurisdiction. (*Id.*). Magistrate Judge Kelly also advised the parties that they were permitted to file written objections, and that the failure "to timely file objections will waive the right to appeal." (*Id.* at 5–6) (citing *Brightwell v. Lehman*, 637 F.3d 187, 193 n.7

(3d Cir. 2011)). Ms. Jordan has not filed Objections, and the timeframe for doing so has passed. (*See* Docket Entry accompanying ECF No. 5).

Therefore, upon review of the record and the Report and Recommendation (ECF No. 5) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 99–100 (3d Cir. 2017) (standard of review when no timely objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly in this matter. Magistrate Judge Kelly correctly concluded that this Court: (1) lacks subject matter jurisdiction over Ms. Jordan's Petition and (2) should deny a certificate of appealability.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 22nd day of October 2026, IT IS ORDERED that, for the reasons set forth in Magistrate Judge Kelly's Report and Recommendation at ECF No. 5 and those articulated above, Ms. Jordan's Habeas Petition at ECF No. 4 is DISMISSED for lack of subject matter jurisdiction; and,

IT IS FURTHER ORDERED that, because jurists of reason would not find it debatable that the Court lacks subject matter jurisdiction over this case, no certificate of appealability shall issue; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 5) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed.

*/s/ Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

**Notice by U.S. Mail to:**
Petitioner at her address of record